United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,       District Court No. 11-cr-20481

  v.       Hon. Arthur J. Tarnow
     United States District Judge

Raynard Versatile Crowe,

    Defendant.

## Notice of Appeal

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment [288], entered in this action September 24, 2019, and the Order granting in part Petitioner's Motion to Vacate [282], entered in this action on April 16, 2019.

     Respectfully submitted,

     Matthew Schneider
     United States Attorney

     */s/ Patricia Gaedeke*
     Patricia Gaedeke
     Assistant U. S. Attorney
     211 W. Fort Street, Suite 2001
     Detroit, MI  48226
     Phone:  (313) 226-9516
Dated October 24, 2019      Patricia.Gaedeke@usdoj.gov