UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff(s),

v.                                       Case No. 2:11-cr-20481-AJT-MKM
                                       Hon. Arthur J. Tarnow

Raynard Versatile Crowe,

           Defendant(s).

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202-3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on October 24, 2019.

                                          DAVID J. WEAVER, CLERK OF COURT

                                         By: s/ D. Peruski
                                              Deputy Clerk

Dated:   October 24, 2019