**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 18, 2021

Ms. Colleen P. Fitzharris
Federal Defender Office
613 Abbott Street
Suite 500
Detroit, MI 48226

Mr. Kevin M. Mulcahy
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

                    Re:  Case No. 19-2249*, USA v. Raynard Crowe*
                         Originating Case No. : 2:11-cr-20481-4

Dear Counsel,

    The Court issued the enclosed Order today in this case.

                                        Sincerely,

                                        s/Antoinette Macon
                                        Case Manager
                                        Direct Dial No. 513-564-7015

cc:  Ms. Kinikia D. Essix

Enclosure

Case No. 19-2249

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

        Plaintiff - Appellant

v.

RAYNARD VERSATILE CROWE

        Defendant - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein

pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                     **ENTERED BY ORDER OF THE COURT**
                                     Deborah S. Hunt, Clerk

Issued: May 18, 2021